IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY T. ERNST, RONALD AND LEDA KEYES<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER WILLIAM ANDERSON, PETER CANZONERI, BADGE #64 OFFICER C. LOMBARDI, OFFICER RICHMOND, OFFICER F. SICILIANO, OFFICER SIMI, OFFICER JOHN DOE, JOHN POE, JOHN JOE, JOHN LOE, JOHN MOE, JOHN ROE, JOHN SOE, JOHN ZOE, VILLAGE OF ROSEMONT, A MUNICIPAL CORPORATION,<br><br>Defendants. | No. 02 C 4884<br><br>Judge Darrah<br><br>Magistrate Judge Levin |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS UNKNOWN DEFENDANTS FROM PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs Gregory Ernst, Ronald and Leda Keyes, by their respective attorneys, Standish E. Willis and Teniece Guy of the Law Office of Standish E. Willis, LTD, in response to Defendant's Motion to Dismiss Unknown Defendants from the Plaintiffs' Second Amended Complaint Plaintiffs state the following:

1. The Plaintiffs, after discovery revealed the specific Rosemont Police Officers involved in this case, in error failed to remove the other "unknown defendants" from the complaint.